**FILED**
**MAR 3 0 2011**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS,**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| KELLY JO SUTER, PH.D., <br> Plaintiff, | § <br> § <br> § | |
| v. | § <br> § | CAUSE NO. SA-10-CA-692-OG |
| THE UNIVERSITY OF TEXAS AT SAN ANTONIO, GEORGE PERRY, PH.D., JAMES M. BOWER, PH.D., MATTHEW J. GDOVIN, PH.D., ROBERT W. GRACY, PH.D., J. AARON CASSILL, PH.D., and EDWIN J. BAREA-RODRIGUEZ, PH.D., <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | |

**ORDER**

Before the Court are plaintiff's motion for protective order and her opposed motion to extend the discovery deadline. (Docket nos. 37, 38.) The Court has reviewed the motion for protective order, the response and the reply and finds that plaintiff has not provided sufficient reason to exclude Gail Jensen, the University's associate counsel, from the depositions of the defendants in this case.

The depositions in question were scheduled for this week but have not gone forward due to the pendency of the motion for protective order. The Court therefore finds that good cause exists for extending the discovery deadline, which is now set to expire on March 31, so that those depositions may be taken.

Plaintiff's motion for protective order is DENIED. Plaintiff's motion to extend the discovery deadline is GRANTED, and the discovery deadline is extended to April 15, 2011. Counsel for the parties shall confer and cooperate with each other to set the remaining

depositions at times convenient for all.

SIGNED this __30__ day of __March__, 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE