IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

2011 JUN 15 P 1: 05

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                  DEPUTY

| | | |
|---|---|---|
| KELLY JO SUTER, Ph.D. | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | No. 10-CV-692-OLG |
| THE UNIVERSITY OF TEXAS AT | § | |
| SAN ANTONIO, GEORGE PERRY, Ph.D., | § | |
| JAMES M. BOWER, Ph.D. | § | |
| MATTHEW J. GDOVIN, Ph.D., | § | |
| ROBERT W. GRACY, Ph.D., | § | |
| J. AARON CASSILL, Ph.D., and | § | |
| EDWIN J. BAREA-RODRIGUEZ, Ph.D. | § | |
| *Defendants* | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Kelly Jo Suter, Ph.D., Plaintiff herein and files this Unopposed Motion for Leave to File her Exhibit to her Response in Opposition to Defendants' Motion for Summary Judgment, and in support hereof respectfully shows the court as follows:

1.      Plaintiff filed her response in opposition to Defendants' Motion for Summary Judgment on June 10, 2011 but was unable to file Exhibit "A" and its attachments. Plaintiff attempted to file Exhibit "A" and its attachments as an Appendix to the Response, and although the submission processed for several minutes, it eventually "timed out" and Plaintiff was unable to file Exhibit "A" within the time required.

2.      On Monday, June 13, 2011 counsel for Plaintiff conferred with Defendants' counsel regarding the problem filing the Exhibit. Counsel for Plaintiff attempted to refile the Exhibit and its attachments on Monday, but again the submission "timed-out" after sending the request for

several minutes.  Counsel for Plaintiff then contacted the ECF help desk and communicated via

e-mail and telephone and it was determined that the documents were too large and exceeded the

size limits for electronic filing. At approximately 4:30 p.m. counsel for Plaintiff was advised to

rescan the documents and if the file size did not correct, then the documents would have to be

filed traditionally.

3.      On Tuesday, June 14, 2011 Plaintiff served Exhibit "A" and its attachments on the

Defendants via facsimile, and counsel for Plaintiff notified the court of the problems encountered

filing the Exhibit. Exhibit "A" and the attachments were rescanned and although the file size was

substantially reduced, another attempt to refile the motion and Exhibit "A" with its attachments

proved unsuccessful. Consequently, Plaintiff is submitting Exhibit "A" and its attachments along

with her motion for leave to file the same traditionally.

        Respectfully submitted this the 15th day of June, 2011.

                            **LAW OFFICE OF REGINA BACON CRISWELL, PLLC**
                            **Carriage Place**
                            P.O. Box 1399
                            San Antonio, Texas 78023-1399
                            TELEPHONE: (210) 681-7303
                            FACSIMILE: (210) 680-3990


                            REGINA BACON CRISWELL
                            TBN: 01496580
                            *Attorney for Plaintiff*

                    **CERTIFICATE OF CONFERENCE**
        This is to certify that counsel for Plaintiff conferred with counsel for Defendants regarding
this motion and was advised that the requested relief is unopposed.


                            REGINA BACON CRISWELL

**CERTIFICATE OF SERVICE**

This is to certify that on the 15th day of June, 2011, I served the above forgoing on counsel for Defendants, Lars Hagen via facsimile. This is to further certify that Exhibit "A" and the attachments referenced therein were served on counsel for Defendants via facsimile on the 14th of June, 2011.

REGINA BACON CRISWELL